# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CHARLES SCOTT,

            Plaintiff(s)

v.           **Civil Action No.** 3:14-CV-417 CAN

SOO LINE RAILROAD COMPANY,
a For-Profit Foreign Corporation and a subsidiary of Canadian Pacific Railway
CANADIAN PACIFIC RAILWAY a foreign corporation
            Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

**X** the plaintiff _____Charles Scott_____ recover from the defendant ___Soo Line Railroad Company d/b/a Canadian Pacific Railway___ the amount of _One Million, Two Hundred Seventy Seven Thousand, Six Hundred One and 56/100_ dollars $ 1,277,601.56 , which includes prejudgment interest at the rate of _____ % plus post-judgment interest at the rate of _0.27_ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☐ Other: _____

This action was (*check one*):

**X** tried to a jury with Judge __Christopher A. Nuechterlein__ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

DATE: _October 14, 2015_          ROBERT TRGOVICH, CLERK OF COURT

                                               by __S/Sharon L Macon__
                                               *Signature of Clerk or Deputy Clerk*